**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANTHONY G. BUZBEE AND ANTHONY G. BUZBEE, L.P.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. ________________** |
| **v.** | § | |
| | § | |
| **PETER GROSSMAN AND GROSSMAN BURN CENTERS, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>INDEX OF MATTERS BEING FILED</u>**

| Exhibit | Appendix Page Nos. | Description | Date |
|---|---|---|---|
| | | Defendants' Notice of Removal | 5/18/2026 |
| A | App. 1-2 | Index of All Matters Being Filed | 5/18/2026 |
| B | App. 3-6 | Declaration of Peter Grossman | 5/18/2026 |
| B-1 | App. 7 | Promissory Note | 12/28/2018 |
| C | App. 8-10 | Limited Liability Company Statement of Information filed with the Office of the Secretary of State for the State of California | 7/21/2025 |
| D | App. 11-13 | Limited Liability Company Statement of Information filed with the Office of the Secretary of State for the State of California | 2/18/2026 |
| E | App. 14-16 | State Court Docket Sheet | 5/7/2026 |
| F | App. 17-28 | Plaintiffs' Original Petition | 1/15/2026 |
| G | App. 29-30 | Civil Process Request for citations for Peter Grossman and Grossman Burn Centers, LLC | 1/15/2026 |
| H | App. 31-33 | Declaration of Service with Citation for Grossman Burn Centers, LLC | 1/30/2026 |
| I | App. 34-38 | Plaintiffs' Motion for Substituted Service | 3/27/2026 |
| J | App. 39-40 | Exhibit A to Plaintiffs' Motion for Substituted Service | 3/27/2026 |

| | | | |
|---|---|---|---|
| K | App. 41-42 | Exhibit B to Plaintiffs' Motion for Substituted Service | 3/27/2026 |
| L | App. 43-44 | Exhibit C to Plaintiffs' Motion for Substituted Service | 3/27/2026 |
| M | App. 45-47 | Exhibit D to Plaintiffs' Motion for Substituted Service | 3/27/2026 |
| N | App. 48-49 | Proposed Order Granting Plaintiffs' Motion for Substituted Service | 3/27/2026 |
| O | App. 50-52 | Emails between Colby Holler (Plaintiffs' counsel) and Brian Lauten (Defendants' counsel) regarding acceptance of service and agreed date for responsive pleading | 4/30/2026 |
| P | App. 53 | Docket Entry showing Order Granting Substituted Service Signed (actual order is unavailable, restricted for sensitive data) | 5/1/2026 |
| Q | App. 54 | List of All Counsel of Record, including addresses, telephone numbers, email addresses, and parties represented | 5/18/2026 |
| R | App. 55-56 | Civil Cover Sheet | 5/18/2026 |
| S | App. 57-58 | Certificate of Interested Persons | 5/18/2026 |

# DECLARATON

**STATE OF CALIFORNIA §**
**COUNTY OF LOS ANGELES §**

BEFORE ME, the undersigned Notary Public personally appeared Peter Grossman, who, having taken the oath and having been duly sworn, deposed and stated as follows:

1. "My name is Peter Grossman. I am over 21 years of age and I am competent to make this affidavit in all respects. I have personal knowledge of the facts stated below. I am making this Verification in support of Defendants' Notice of Removal.

2. I am the Director, Chief Executive Officer, Manager, and owner of 99% of Grossman Burn Centers, LLC. My wife, Rebecca Grossman, owns the remaining 1% of Grossman Burn Centers, LLC.

3. Grossman Burn Centers, LLC (the "Burn Center") has its principal place of business at 7325 Medical Center Drive, Suite 200, West Hills, California 91307. The Burn Center was created when its Articles of Incorporation were signed by me on July 21, 2005, and it was first qualified to do business in the state of California on July 28, 2005. The Burn Center is active and in good standing in the state of California. The Burn Center has provided services in California since 2005. The Burn Center has never performed any services in the state of Texas.

4. I am the Registered Agent for Service of Process for the Burn Center. My address, as Registered Agent, is 7325 Medical Center Drive, Suite 200, West Hills, California 91307. I have attached certified copies of the Burn Center's 2025 and 2026 Statements of Information for Limited Liability Companies filed with the Office of the

Secretary of State for the State of California showing that 7325 Medical Center Drive, Suite 200, West Hills, California 91307 is the proper address for service of process on the Burn Center. Neither I nor the Burn Center currently have, and have never maintained, an address or office at 732 Medical Center Drive, Suite 200, West Hills, California 91307, and I am not familiar with that address.

5. I was never personally served with service of process, either individually or as the Burn Center's registered agent, for Cause No. 2026-03177, filed in the 281st Judicial District Court of Harris County, Texas. I hired Brian Lauten, P.C. and Mr. Lauten accepted service for me, both individually and as registered agent for the Burn Center.

6. I reside in Los Angeles County, California and intend to remain there. Rebecca Grossman currently resides at the California Institution for Women in Corona, California. If she were released, she would reside with me in Los Angeles County, California.

7. I consent to removal of this cause for myself and for Grossman Burn Centers, LLC.

8. I did not contact Anthony G. Buzbee or Anthony G. Buzbee, L.P. (collectively "Plaintiffs") to represent my wife, Rebecca Grossman. Rather, to my knowledge, my wife called Mr. Buzbee at the recommendation of one of her friends.

9. I met Mr. Buzbee at my house in Hidden Hills, California in spring or summer of 2022. He and his associate, Colby Holler, had flown in on a private jet to visit my wife about representing her.

10. In or around May of 2022, my wife Rebecca Grossman retained Plaintiffs to represent her in Case No. LAVLA093990-01, *The People of the State of California v.*

*Rebecca Grossman* (the "California Case"). Plaintiffs have never represented me, and I never signed an engagement agreement with Plaintiffs.

11. I never met with Plaintiffs in Texas. I spoke with Plaintiffs on the phone about the California Case, but they never told me where they were physically located during those phone calls.

12. Between mid-2022 and the end of 2023, I paid Plaintiffs over three million dollars to represent Rebecca Grossman in the California Case. All payments made were for representation in the California Case—neither I nor my wife retained Plaintiffs to do any work under Texas law or in the state of Texas.

13. Just before trial in the California Case, I received a $750,000 invoice from Plaintiffs for the costs to represent Rebecca Grossman through trial, exclusive of Mr. Buzbee's personal fees for trial. That pre-trial invoice for $750,000 was paid. Plaintiffs estimated that the price for Mr. Buzbee's services to represent Rebecca Grossman through trial would be 850 hours at $1850/hour, totaling $1,650,000 (in addition to the $3,750,000 already paid). A request was made to negotiate a promissory note for Mr. Buzbee's fees for his representation of Rebecca Grossman through trial. A true and correct copy of that promissory note is attached as Exhibit B-1. The promissory note is dated December 28, 2023 and provides that it shall be governed by and construed in accordance with the laws of the State of California. Mr. Buzbee never returned the note, and it was never notarized or recorded.

14. To my knowledge, all of the work performed by Plaintiffs after December 28, 2023 took place in California. They represented Rebecca Grossman at trial in Los

Angeles in the California Case, and jury selection began on January 16, 2024. On February 24, 2024, the jury in the California Case returned a verdict.

15. I declare under penalty of perjury under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California on May 18, 2026."

Peter Grossman

**EXHIBIT B-1**

# Promissory Note

Amount: $1,750,000.00 December 28, 2023

FOR VALUE RECEIVED, Peter Grossman and Rebecca Grossman (hereinafter referred to as the "Borrowers"), jointly and severally promise to pay to Anthony Buzbee (hereinafter referred to as the "Lender"), the principal sum of $1,750,000.00.

This Note shall be due and payable on December 31, 2025, along with accrued interest at the rate of four (4.875%) percent simple interest, calculated based on amounts and dates of billings from the Lender. There shall be no prepayment penalty.

The amount of this Note reflects the estimated amount of legal fees that will be billed to the Borrowers by the Lender for the remainder of the legal case against Mrs. Grossman. This Note will be amended if the final billing total differs, whether higher or lower, from the estimated amount of $1,750,000, to reflect the actual agreed upon billing indebtedness.

As collateral for this promissory note, the Borrowers hereby grant a security interest in their property located at 25163 Jim Bridger Rd., Hidden Hills, CA 91302 (the "Property"). The Lender's security interest in the Property shall be subordinate to: the current mortgage in the amount of $3,675,000; the bail bond lien in the amount of $2,000,000 (to be removed upon completion of the trial); and the existing home equity line of credit in the amount of $350,000. Borrowers agree to execute further lien documents as may be reasonably required by the Lender.

This promissory note shall be governed by and construed in accordance with the laws of the State of California.

BORROWERS:

[signature] 12/28/23 [signature] 12-28-23

Peter Grossman Date Rebecca Grossman Date

LENDER:

Anthony Buzbee Date

**EXHIBIT C**

BA20251500023

B3869-1688 07/21/2025 8:25 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20251500023
Date Filed: 7/21/2025

Entity Details

| | |
|---|---|
| Limited Liability Company Name | GROSSMAN BURN CENTERS, LLC |
| Entity No. | 200521410151 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 7325 MEDICAL CENTER DR STE 200<br>WEST HILLS, CA 91307 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 7325 MEDICAL CENTER DR STE 200<br>WEST HILLS, CA 91307 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 7325 MEDICAL CENTER DR STE 200<br>WEST HILLS, CA 91307 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| PETER H GROSSMAN | 7325 MEDICAL CENTER DR STE 20<br>WEST HILLS, CA 91307 |

Agent for Service of Process

| | |
|---|---|
| Agent Name | PETER H GROSSMAN |
| Agent Address | 7325 MEDICAL CENTER DR STE 200<br>WEST HILLS, CA 91307 |

Type of Business

| | |
|---|---|
| Type of Business | FORM AND MANAGE BURN CENTER |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| Peter H Grossman | 7325 MEDICAL CENTER DR.<br>STE. 200<br>WEST HILLS, CA 91307 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Certificate Verification No.: 455529830 Date: 05/07/2026

**EXHIBIT C**

B3869-1689 07/21/2025 8:25 AM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Lorraine Dumais* | *07/21/2025* |
| Signature | Date |

Certificate Verification No.: 455529830 Date: 05/07/2026

**EXHIBIT C**

# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

**Request Type:** Certified Copies
**Entity Name:** GROSSMAN BURN CENTERS, LLC
**Formed In:** CALIFORNIA
**Entity No.:** 200521410151
**Entity Type:** Limited Liability Company - CA

**Issuance Date:** 05/07/2026
**Copies Requested:** 1
**Receipt No.:** 013711780
**Certificate No.:** 455529830

**Document Listing**

| Reference # | Date Filed | Filing Description | Number of Pages |
|---|---|---|---|
| B3869-1688 | 07/21/2025 | Statement of Information | 2 |

** **** ****** ******** End of list ******** ****** **** **

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, do hereby certify on the Issuance Date, the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on May 07, 2026.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

To verify the issuance of this Certificate, use the Certifcate No. above with the Secretary of State Certification Verification Search available at **biz**fileOnline.sos.ca.gov.

EXHIBIT D

BA20260389850

B4427-0964 02/18/2026 5:15 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20260389850
Date Filed: 2/18/2026

Entity Details

| | |
|---|---|
| Limited Liability Company Name | GROSSMAN BURN CENTERS, LLC |
| Entity No. | 200521410151 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 7325 MEDICAL CENTER DR STE 200<br>WEST HILLS, CA 91307 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 7325 MEDICAL CENTER DR STE 200<br>WEST HILLS, CA 91307 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 7325 MEDICAL CENTER DR STE 200<br>WEST HILLS, CA 91307 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| PETER H GROSSMAN | 7325 MEDICAL CENTER DR STE 20<br>WEST HILLS, CA 91307 |

Agent for Service of Process

| | |
|---|---|
| Agent Name | PETER H GROSSMAN |
| Agent Address | 7325 MEDICAL CENTER DR STE 200<br>WEST HILLS, CA 91307 |

Type of Business

| | |
|---|---|
| Type of Business | FORM AND MANAGE BURN CENTER |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| Peter H Grossman | 7325 MEDICAL CENTER DR.<br>STE. 200<br>WEST HILLS, CA 91307 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Certificate Verification No.: 454564832 Date: 05/05/2026

App. 11

B4427-0965 02/18/2026 5:15 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Alan Bramson* | *02/18/2026* |
| Signature | Date |

Certificate Verification No.: 454564832 Date: 05/05/2026

**EXHIBIT D**

# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

**Request Type:** Certified Copies
**Entity Name:** GROSSMAN BURN CENTERS, LLC
**Formed In:** CALIFORNIA
**Entity No.:** 200521410151
**Entity Type:** Limited Liability Company - CA

**Issuance Date:** 05/05/2026
**Copies Requested:** 1
**Receipt No.:** 013686757
**Certificate No.:** 454564832

**Document Listing**

| Reference # | Date Filed | Filing Description | Number of Pages |
|---|---|---|---|
| 34714418-1 | 07/28/2005 | Initial Filing | 1 |
| 34714419-1 | 08/20/2012 | Legacy Amendment | 1 |
| B2396-3638 | 01/09/2024 | Amendment | 1 |
| B4427-0964 | 02/18/2026 | Statement of Information | 2 |

** **** ****** ******** End of list ******** ****** **** **

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, do hereby certify on the Issuance Date, the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on May 05, 2026.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

To verify the issuance of this Certificate, use the Certifcate No. above with the Secretary of State Certification Verification Search available at **biz**fileOnline.sos.ca.gov.

**HCDistrictclerk.com** BUZBEE, ANTHONY G vs. GROSSMAN, PETER 5/7/2026
Cause: 202603177 CDI: 7 Court: 281

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 1/15/2026 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | OTHER CIVIL |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 1/16/2026 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 281st |
| **Address** | 201 CAROLINE (Floor: 14)<br>HOUSTON, TX 77002<br>Phone:8329272130 |
| **JudgeName** | CHRISTINE WEEMS |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| BUZBEE, ANTHONY G | PLAINTIFF - CIVIL | | BUZBEE, ANTHONY GLENN |
| GROSSMAN, PETER<br>25153 JIM BRIDGER RD, HIDDEN HIILS, CA 91302 | DEFENDANT - CIVIL | | |
| ANTHONY G. BUZBEE, L.P. | PLAINTIFF - CIVIL | | BUZBEE, ANTHONY GLENN |
| GROSSMAN BURN CENTERS, LLC | DEFENDANT - CIVIL | | |
| GROSSMAN BURN CENTERS LLC (IS A FOREIGN FOR-PROFIT LIMITED | REGISTERED AGENT | | |

732 MEDICAL CENTER DR STE 200, WEST HILLS, CA 91307

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 5/1/2026 | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | 5/1/2026 | | 2 | | | |
| 1/15/2026 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 1/15/2026 | ORIGINAL PETITION | | | 0 | | BUZBEE, ANTHONY GLENN | ANTHONY G. BUZBEE, L.P. |
| 1/15/2026 | ORIGINAL PETITION | | | 0 | | BUZBEE, ANTHONY GLENN | BUZBEE, ANTHONY G |
| | SENSITIVE DATA DOCUMENT | 5/1/2026 | | 2 | | | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | GROSSMAN BURN CENTERS LLC (IS A FOREIGN FOR-PROFIT LIMITED | 1/15/2026 | 1/23/2026 | 1/29/2026 | | | 74602099 | E-MAIL |
| 732 MEDICAL CENTER DR STE 200 WEST HILLS CA 91307 | | | | | | | | | | |
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | GROSSMAN, PETER | 1/15/2026 | 1/23/2026 | | | | 74602107 | E-MAIL |
| 25153 JIM BRIDGER RD HIDDEN HIILS CA 91302 | | | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | SENSITIVE DATA DOCUMENT | | 05/01/2026 | 2 |
| | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | | 05/01/2026 | |
| restricted | Proposed Order Granting Plaintiff's Motion for Substituted Service of Process | | 04/07/2026 | 2 |
| 125861750 | Plaintiff's Motion for Substituted Service | | 03/27/2026 | 5 |
| ·> 125861751 | Exhibit A | | 03/27/2026 | 2 |
| ·> 125861752 | Exhibit B | | 03/27/2026 | 2 |
| ·> 125861753 | Exhibit C | | 03/27/2026 | 2 |
| ·> 125861754 | Exhibit D | | 03/27/2026 | 3 |
| 125861755 | Proposed order on Plaintiff's Motion for Substitute Service* | | 03/27/2026 | 1 |
| 124855665 | Service Return | | 01/30/2026 | 3 |
| 124627709 | Plaintiffs Original Petition | | 01/15/2026 | 12 |
| | Plaintiffs Original Petition | | 01/15/2026 | |
| ·> 124627710 | Civil Process Request | | 01/15/2026 | 1 |
| | Civil Process Request | | 01/15/2026 | |

EXHIBIT E

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 124627709 | Plaintiffs Original Petition | | 01/15/2026 | 12 |
| ·> 124627710 | Civil Process Request | | 01/15/2026 | 1 |

EXHIBIT F
1/15/2026 6:32 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110120248
By: Rhonda Momon
Filed: 1/15/2026 6:32 PM

CAUSE NO.: ________________

| | | |
|---|---|---|
| ANTHONY G. BUZBEE AND ANTHONY G. BUZBEE, L.P., | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| *Plaintiffs*, | § | HARRIS COUNTY, TEXAS |
| | § | |
| v. | § | |
| | § | ______ JUDICIAL DISTRICT |
| PETER GROSSMAN AND GROSSMAN BURN CENTERS, LLC, | § | |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | | |

## PLAINTIFFS' ORIGINAL PETITION

1. Plaintiffs Anthony G. Buzbee and Anthony G. Buzbee, L.P. file this Original Petition against Defendants Peter Grossman and Grossman Burn Centers, LLC, and in support thereof, respectfully show this Honorable Court the following:

## I. FACTUAL BACKGROUND

2. Plaintiff Anthony G. Buzbee, as principal and on behalf of Plaintiff Anthony G. Buzbee, L.P., was sought out in Texas by Defendant Peter Grossman to represent his spouse, Rebecca Grossman. At Peter Grossman's urging, Buzbee and members of his staff flew to California to meet with both Peter and Rebecca Grossman. Mrs. Grossman had been arrested and charged with offenses relating to a multi-pedestrian and vehicle accident that occurred in September 2020. It was made clear during the many discussions related to the potential representation that Peter Grossman, and his business, Grossman Burn Centers, LLC, would foot the bill for Plaintiffs' legal representation, if Plaintiffs would agree to take on the case. And, throughout the legal representation, Peter Grossman lead the defense efforts, offered strategy, and was intimately involved in all facets of the representation. His wife agreed to such, and allowed Peter Grossman to be privy to any and all discussions with Rebecca Grossman. Additionally,

Buzbee separately signed an engagement letter with Rebecca Grossman in May of 2022, an arrangement specifically backed financially by Defendants. Throughout the discussions about the case, Grossman made clear that monies to finance the representation of his wife would come from himself and the Burn Center, because Mrs. Grossman herself was unable to finance the effort. After agreeing to the representation, the great majority of the legal work on the case took place at Buzbee's office in Texas. That work continued from May 2022 through Rebecca Grossman's criminal trial, which concluded in late February of 2024.

3. During the representation, Plaintiffs primarily corresponded with Peter Grossman, either via phone or text. Most of that time Plaintiffs were in Texas. At some points, Mrs. Grossman would travel to Texas to visit friends and would also visit Buzbee. Almost all of the instructions regarding the defense of the case, to include authorizations in selecting and retaining various experts, mock trials, and trial strategy were approved solely by Peter Grossman. From the beginning of the representation, Defendant Dr. Peter Grossman made clear that he and his company, Defendant Grossman Burn Centers, LLC, which he controlled as president and the decision maker of the company's finances, would fund the defense of his wife, Mrs. Grossman. Most of the payments made to Plaintiff in Texas during the representation came directly from Grossman Burn Centers, and indeed, coordination of such payments were made with management of Grossman Burn Centers. Indeed, there were times when Peter Grossman would ask Plaintiffs to wait for payment until such time as the Burn Center could earn enough to make payment. Peter Grossman, throughout the representation, made clear that, because he was paying, he was making all key decisions, and that he would ensure that payment would be made by Grossman Burn Centers, which he solely owned and lead. Plaintiffs relied on Defendant Grossman's representations, which Defendant Grossman made individually and on behalf of his company, as

the financial security for the efforts, time, and resources that Plaintiffs would soon begin investing into his wife's criminal case. Over the next eighteen months, Defendant Grossman would direct Defendant Grossman Burn Centers, LLC's office manager from his company to make payments for Plaintiffs' legal fees that were be sent on a rolling basis. The case in question was a tough one. More than twenty experts were considered. Almost ten were engaged. More than fifty witnesses were considered and evaluated. The case received a lot of attention from the press. The case itself was grueling and difficult. Throughout, it was clear and understood by all parties that Defendant Grossman was in control of the purse strings funding the defense, and that monies were being wired from his company's account to pay for the defense efforts.

4. Immediately before the trial was to begin, Peter Grossman requested that Plaintiffs provide him an estimate of the monies required to take the case through trial—he ostensibly wanted a sum certain for financial planning purposes. The estimate provided by Plaintiffs for the anticipated almost two-month trial was $2.75 million. Peter Grossman was very pleased with Plaintiffs' work and wanted Plaintiffs to continue. Plaintiffs on the other hand were concerned about whether they would be paid in full, and had expressed such to Peter Grossman. To entice Plaintiffs to continue the representation, and complete the trial, Peter Grossman via Grossman Burn Centers made an approximately $1,000,000 payment (for both past work and future trial work). Further, to ensure future performance by Plaintiffs, Peter Grossman suggested to Plaintiffs in Texas that payment be made via a promissory note of the remaining estimated $1.75 million, signed by both Peter and Rebecca Grossman, and to be secured by the Grossman home in Hidden Hills, California. According to Grossman's promises, and the terms of the note, the amount evidenced in the note was to be paid in full, with interest, by December 31, 2025. Peter Grossman explained that although he and the Burn Center did not have the money to pay Plaintiffs

immediately in full for the work, but the note would pay a fair interest rate over the two year wait. While in Texas, Plaintiffs agreed to accept the promissory note and the promise of future payment from Peter Grossman, on behalf of himself and the Burn Center. Again, Defendant Grossman made clear that he and his company would be the financial backing of the note, and that after two years, would be in a position to pay for the anticipated work. Plaintiffs relied on the note, most specifically the security made part of the note, as well as Defendants' fraudulent representations to leave Texas and travel to California to try Rebecca Grossman's case. Plaintiffs diligently continued their representation of Rebecca Grossman through the completion of her trial, with the belief that they would be paid legal fees at the time or before the note became due.

5. The promissory note evidences the promise made by Peter Grossman to be jointly and severally responsible for payment for the work done by Plaintiffs. The note, which was signed by Defendant Grossman and Rebecca Grossman, on December 28, 2023 matured on December 31, 2025. Peter Grossman's express promise to pay, made on his own behalf and on behalf of the Burn Centers, was then due and owing. To date, no payments for the work done by Plaintiffs in the trial have been made. And the balance of the note remains pending. Defendant Grossman is now in default on the promissory note. Despite repeated notices made in good faith both before and after the due date, Defendant Grossman and his company, Defendant Grossman Burn Centers, LLC, chose to ignore Plaintiffs efforts instead of holding up Defendants' end of the deal, or even communicating with Plaintiffs in any respects.

6. Now, after Plaintiffs performed hundreds of hours of trial work and have waited more than two years, monies are owing and the note is past due, Defendants, through a new lawyer that Defendants have seemingly engaged, have indicated that there is no intention to pay Plaintiffs the amount they are owed under the executed note.

7. This lawsuit seeks to enforce the contractual obligations made by Peter Grossman and the Burn Center, evidenced by the signed promissory note, and to hold Defendant Grossman and his company, Defendant Grossman Burn Centers, LLC, accountable for the breach of his promises to pay as well as his Defendants' fraudulent conduct and misrepresentations. Plaintiffs are owed more than $1.75 million, plus interest and expenses.

**II.**
**PARTIES**

8. Plaintiff Anthony G. Buzbee, is an individual residing in Harris County, Texas.

9. Plaintiff Anthony G. Buzbee, L.P., is a limited partnership who is a citizen of Texas. Its' general partner, Plaintiff Anthony G. Buzbee is an individual residing in Harris County, Texas.

10. Defendant Peter Grossman is an individual residing in Los Angeles County, California. He is the principal of Defendant Grossman Burn Centers, LLC, and made misrepresentations on the company's behalf, which Buzbee relied upon. He may be served via the at his residence of record, 25153 Jim Bridger Rd., Hidden Hills, CA 91302.

11. Defendant Grossman Burn Centers, LLC is a foreign for-profit limited liability company formed under California law, with its Principal Place of Business located at 732 Medical Center Dr., STE 200, West Hills, CA 91307. A member of the limited liability company is Defendant Peter Grossman, who is an individual residing in Los Angeles County, California. It may be served with process via the Texas Secretary of State pursuant to Tex. Civ. Prac. & Rem. Code § 17.044. Its registered agent is listed as Peter H. Grossman, at 732 Medical Center Dr., STE 200, West Hills, CA 91307 according to California Secretary of State filings.

## III.
## DISCOVERY CONTROL PLAN

12. Plaintiffs request that discovery in this matter be conducted pursuant to a Level 3 Discovery Control Plan under Texas Rule of Civil Procedure 190.4.

## IV.
## CLAIM FOR RELIEF

13. The damages sought are within the jurisdictional limits of this Court. Plaintiffs currently seek monetary relief in excess of $1,000,000.00, including damages of any kinds, penalty, costs, expenses, pre-judgment interest, post-judgment interest, and attorney's fees.

## V.
## JURISDICTION AND VENUE

14. This Court has subject matter jurisdiction over this cause of action because it involves an amount in excess of the minimal jurisdictional limits of this Court. This case is not removable pursuant to 28 U.S.C. 1441(b).

15. This Court has specific personal jurisdiction over Defendants because Defendants purposefully availed themselves to privileges of conducting activities in Texas, including but not limited to: luring Texas Plaintiffs to California to do work; making payments and directing work done by Texans in Texas; making promises to Texans who were in Texas; making fraudulent representations to Texans in Texas; financially promising to guarantee and back a Texas-governed representation agreement between Plaintiffs and Rebecca Grossman, who contracted with a Texas attorney and law firm, which agreed that any dispute under the agreement would be governed by Texas law and agreed that any dispute under the agreement would be litigated in a Texas county; executing a promissory note, in exchange for the legal work of Plaintiffs, with a Texas resident, Plaintiff Anthony G. Buzbee, who is defined in the note as the "Lender;" and directing payment

and promises (and false promises) of payment to individuals, specifically Plaintiff Anthony G. Buzbee, in Texas.

16. Venue is proper in Harris County, Texas under TEX. CIV. PRAC. & REM. CODE § 15.002(a) because all or a substantial part of the events or omissions giving rise to this claim occurred in Harris County, Texas.

17. Further, Defendants sought Plaintiffs representation out in the state of Texas. Specifically, Defendants flew to Texas in order to meet with Plaintiff Anthony G. Buzbee in order to engage with and become represented by Plaintiff Anthony G. Buzbee, L.P. A majority of the casework performed on behalf of Rebecca Grossman and Defendant Grossman was undertaken and completed within the State of Texas. Specifically, a large majority of this work was completed in Harris County, Texas at the offices of Plaintiff Anthony G. Buzbee, L.P. Moreover, the initial promise to pay by Defendants, that induced Plaintiffs' performance, was performed in the state of Texas.

## VI.
## CAUSES OF ACTION

### ***COUNT ONE: BREACH OF CONTRACT (BOTH DEFENDANTS)***

18. Plaintiffs incorporate by reference the preceding paragraphs of this Petition as though fully set forth herein.

19. Defendants promised to pay Plaintiffs for the legal work of the past, and the legal work in the future. The amount of that promise was $1.75 million, plus interest, plus expenses. Defendants breached that promise. As evidence of that promise, Defendant Peter Grossman executed a joint and several promissory note in favor of Plaintiff Anthony Buzbee on December 28, 2023. The note was signed by Defendant Grossman. The signed note promised to pay Plaintiff

Anthony G. Buzbee, who is defined in the note as the "Lender," for the "remainder of the legal case against Ms. Grossman."

20. The promise to pay and the promissory note matured on December 31, 2025, which was the date that Defendants agreed to pay Plaintiffs in full (if not sooner). Defendants failed to pay the amount owed, or any amount, despite repeated notice and demand from Plaintiffs. Defendants breached their oral promise, and the note is now due and owing. Defendants are thus in breach.

21. As a direct and proximate result of Defendants' breach, Plaintiffs have suffered damages in an amount equal to the amount provided under the note, a sum worth in excess of $2 million. Interest continues to accrue daily. Plaintiffs also seek recovery of all other available damages allowed by law, including but not limited to pre-judgment interest, post-judgment interest, attorney's fees, and costs of court.

***COUNT TWO: FRAUD (BOTH DEFENDANTS)***

22. Plaintiffs incorporate by reference the preceding paragraphs of this Petition as though fully set forth herein.

23. Defendants Peter Grossman and Grossman Burn Centers, LLC, the company that Defendant Grossman controlled, made representations to Plaintiffs in Texas that Defendants were capable of, and would make payments to Plaintiffs for the legal representation of Rebecca Grossman. These representations intended to induce Plaintiffs to continue to work on the Rebecca Grossman case. These representations were false at the time they were made.

24. Defendants Peter Grossman and Grossman Burn Centers, LLC, the company that Defendant Grossman controlled, represented that they would be the financial backing and make all payments owed to Plaintiffs for their legal work. Defendants had no intention of doing so, so

their representations were false. The representations are evidenced by Peter Grossman's promissory note that he executed to entice Plaintiffs to continue to represent his wife. Defendants had no intention of paying Plaintiffs as promised, and thus Defendants' representations were false when made in order to fraudulently induce Plaintiffs into continued representation of Rebecca Grossman.

25. Plaintiffs relied on Defendants' misrepresentations to their detriment. As a direct and proximate cause of the fraudulent misrepresentations, Plaintiffs suffered actual damages, including unpaid fees, time away from other cases and lost opportunities, and out-of-pocket costs and expenses. Defendants' conduct was intentional and made in bad-faith. Defendants conduct was malicious. Further, Defendants' conduct since the breach has been malicious as well.

26. Because of Defendants' misrepresentations and fraudulent inducement, all made knowingly, intentionally, and with malice, Plaintiffs reasonably and justifiably relied. This caused Plaintiffs damages as discussed herein. Plaintiffs now seek to recover actual damages, punitive damages, pre and post judgement interest, attorneys' fees for the prosecution of this claim, costs of court, and any and all other damages recoverable by law.

## VII.
## DAMAGES

27. As a direct and proximate result of Defendants actions, Plaintiffs have suffered substantial damages.

28. The damages suffered by Plaintiffs exceed $1,750,000, plus interest at a rate of 4.875%, as well as expenses, for Buzbee's legal services that were to take place from the time of the note through the conclusion of Grossman's criminal trial.

29. Plaintiffs are seeking only out of pocket expenses for the case. Specifically, Plaintiffs are not seeking any lodging expenses from their legal representation under the note.

30. Additionally, Plaintiffs seek damages caused by Defendants' fraudulent acts and misrepresentations which Plaintiffs relied upon in the continued representation of Rebecca Grossman.

31. Further, Plaintiffs seek all damages recoverable by law for both breach of contract and fraud, which include but are not limited to: the non-lodging amounts owed under the promissory note, any and all consequential damages, punitive damages in an amount to be determined at trial, pre and post judgment interest, costs of court, attorneys' fees, equitable disgorgement in the event the jury finds that Defendants retained a benefit without compensating Plaintiffs as required, and any and all other legal and equitable relief recoverable by law. Further, Plaintiffs reserve their rights to exercise any and all rights to enforce and collect upon any collateral pledged under the promissory note which evidences the amount owing.

## VIII.
## CONDITIONS PRECEDENT

32. Plaintiffs affirmatively plead that all conditions precedent to Plaintiffs' rights to recover under the subject contract, or under any applicable theory of law or equity, have been performed, have occurred, or have been waived. In accordance with Rule 54 of the Texas Rules of Civil Procedure, Plaintiffs request that this pleading be taken as sufficient proof thereof unless specifically denied by Defendants in a verified pleading.

## IX.
## JURY DEMAND

33. Plaintiffs hereby respectfully demand a trial by jury on all issues of fact triable to a jury, and tender the appropriate jury fee pursuant to Rule 216 of the Texas Rules of Civil Procedure.

## X.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray for a judgment against Defendants as follows: actual damages in an amount to be determined by the trier of fact, but not less than the total gross sum agreed as evidenced by the signed promissory note; consequential damages, including losses arising from Defendants' breach, refusal to honor the note, and fraudulent acts; punitive damages in an amount to be determined by the trier of fact; pre-judgment interest as allowed by law from the date of the breach of the contract until the date of judgment; post-judgment interest at the highest legal rate; reasonable and necessary attorneys' fees; all costs of Court; and all such other and further relief, at law and in equity, to which Plaintiffs may be justly entitled to and have plead herein.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: /s/ *Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
Ryan S. Pigg
State Bar No. 24088227
rpigg@txattorneys.com
Thomas Colby Holler
State Bar No. 24126898
choller@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

***ATTORNEYS FOR PLAINTIFFS ANTHONY G. BUZBEE & ANTHONY G. BUZBEE, L.P.***

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anthony  Buzbee on behalf of Anthony Buzbee
Bar No. 24001820
efiling@txattorneys.com
Envelope ID: 110120248
Filing Code Description: Petition
Filing Description: PLAINTIFF???S ORIGINAL PETITION
Status as of 1/16/2026 8:50 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan Pigg | | rpigg@txattorneys.com | 1/15/2026 6:32:49 PM | NOT SENT |
| Colby Holler | | CHoller@txattorneys.com | 1/15/2026 6:32:49 PM | NOT SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 1/15/2026 6:32:49 PM | NOT SENT |
| The Buzbee Law Firm - | | efiling@txattorneys.com | 1/15/2026 6:32:49 PM | NOT SENT |

1/15/2026 6:32:49 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 110120248
By: MOMON, RHONDA M
Filed: 1/15/2026 6:32:49 PM

**EXHIBIT G**

# CIVIL PROCESS REQUEST

2026-03177 / Court: 281

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** ______________________ **CURRENT COURT:** ______________________

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): PLAINTIFF'S ORIGINAL PETITION

**FILE DATE OF MOTION:** 1.15.26
Month/ Day/ Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**1.** NAME: Peter Grossman

ADDRESS: 25153 Jim Bridger Rd., Hidden Hills, CA 91302 or wherever it may be found.

AGENT, (*if applicable*): ______________________

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): citation

**SERVICE BY** (*check one*):

☐ **ATTORNEY PICK-UP** ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: ______________ Phone: ______________
☐ **MAIL** ☐ **CERTIFIED MAIL**
☐ **PUBLICATION:**
Type of Publication: ☐ **COURTHOUSE DOOR, or**
☐ **NEWSPAPER OF YOUR CHOICE:** ______________
☑ **OTHER**, *explain* e-issuance

****************************************************************************************************

****

**2.** NAME: Grossman Burn Centers, LLC

ADDRESS: Texas Secretary of State 732 Medical Center Dr., STE 200, West Hills, CA 91307or wherever it may be found.

AGENT, (*if applicable*): Peter H. Grossman

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ______________________

**SERVICE BY** (*check one*):

☐ **ATTORNEY PICK-UP** ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: ______________ Phone: ______________
☐ **MAIL** ☐ **CERTIFIED MAIL**
☐ **PUBLICATION:**
Type of Publication: ☐ **COURTHOUSE DOOR, or**
☐ **NEWSPAPER OF YOUR CHOICE:** ______________
☑ **OTHER**, *explain* citation

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Anthony G. Buzbee TEXAS BAR NO./ID NO. 24001820

MAILING ADDRESS: 600 Travis, Ste. 7500

PHONE NUMBER: 713 (area code) 223-5393 (phone number) FAX NUMBER: 713 (area code) 223-5909 (fax number)

EMAIL ADDRESS: Tbuzbee@txattorneys.com

Certified Document Number: 124627710 - Page 1 of 1



CIVCI08 Revised 9/3/99

**EXHIBIT G**

DISTRICT COURT OF HARRIS COUNTY TEXAS

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this May 7, 2026

Certified Document Number: 124627710 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

EXHIBIT H

CAUSE NO. 202603177

1/30/2026 9:29 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110647156
By: Patricia Gonzalez
Filed: 1/30/2026 9:29 AM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO. 1051167
TRACKING NO: 74602099

Plaintiff:
BUZBEE, ANTHONY G
vs.
Defendant:
GROSSMAN, PETER

In The 281st Judicial District
Court of Harris County, Texas

Houston, Texas

CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To: GROSSMAN BURN CENTERS LLC (IS A FOREIGN FOR-PROFIT LIMITED LIABILITY COMPANY)
MAY BE SERVED BY SERVING THE TEXAS SECRETARY OF STATE 1019 BRAZOS ST AUSTIN TEXAS 78701
FORWARD TO: PETER H GROSSMAN
732 MEDICAL CENTER DR STE 200 , WEST HILLS CA 91307
OR WHEREVER IT MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on January 15, 2026 in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
This citation was issued on January 23, 2026, under my hand and seal of said court.

Issued at the request of:
BUZBEE, ANTHONY GLENN
600 TRAVIS, STE. 7500
HOUSTON, TX 77002
713-223-5393
Bar Number 24001820

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: RHONDA MOMON

Unofficial Copy Office of Marilyn Burgess District Clerk

EXHIBIT H

Tracking Number: 74602099

CAUSE NUMBER: 202603177

| | |
|---|---|
| PLAINTIFF: BUZBEE, ANTHONY G | In the 281st |
| vs. | Judicial District Court of |
| DEFENDANT: GROSSMAN, PETER | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _______ o'clock ___.M. on the _________ day of ________________________, 20_____. Executed at Address)________________________________________________________________________________ in ____________________ County at o'clock ___.M. on the _________ day of ________________________, 20_____, by Summoning the __________________________________________________________________________ Delivering to ________________________________________________in person a corporation By leaving in the principal office during office hours______________________________ of the said____________________________________ a true copy of this notice, together with accompanying copy of ___________________________________________________To certify which I affix my hand officially this _______________day of ________________________________, 20___.

Fees $_________________________

_________________________________________

By_______________________________________

Affiant                                                                                    Deputy

On this day, ___________________________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this ______ day of ________________________________, 20__

__________________________________________

Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

**EXHIBIT H**

**CAUSE NUMBER: 2026-03177**

**ANTHONY G. BUZBEE, ET AL**
**PLAINTIFF**

**VS.**

**IN THE 281ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**PETER GROSSMAN, ET AL**
**DEFENDANT**

**DECLARATION OF SERVICE**

My name is **ANDREW SWATZELL**. I am over the age of eighteen (18), I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1108 Lavaca St Ste 110-549 , Austin TX , 78701, U.S.A.

ON **Thursday January 29, 2026 AT 08:23 AM - , TWO DUPLICATE COPIES OF CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT); PLAINTIFFS' ORIGINAL PETITION; AND $55 JURISDICTIONAL FEE** came to hand for service upon **GROSSMAN BURN CENTERS LLC (IS A FOREIGN FOR-PROFIT LIMITED LIABILITY COMPANY) BY SERVING THE TEXAS SECRETARY OF STATE**.

On **Thursday January 29, 2026** at **01:12 PM-** The above named documents were hand delivered to: **GROSSMAN BURN CENTERS LLC (IS A FOREIGN FOR-PROFIT LIMITED LIABILITY COMPANY) BY SERVING THE TEXAS SECRETARY OF STATE @ 400 W 15TH ST, AUSTIN, TX 78701**, by delivering to Michael Orta, designated agent authorized to accept service.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS DECLARATION

"My name is **ANDREW SWATZELL,** I am over the age of Eighteen, my business address is 1108 Lavaca St Ste 110-549 , Austin TX , 78701, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Thursday January 29, 2026**

**PSC#18592 EXP. 09/30/26**
Declarant; Appointed in accordance with State Statutes.

**2026.01.1127679**

efile@courtrecords.com

Unofficial Copy Office of Marilyn Burgess District Clerk

3/27/2026 6:04 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 112984747
By: Patricia Gonzalez
Filed: 3/27/2026 6:04 PM

CAUSE NO: 2026-03177

| | | |
|---|---|---|
| ANTHONY G. BUZBEE AND ANTHONY G. BUZBEE, L.P., *Plaintiffs*, | § | IN THE DISTRICT COURT OF |
| | § | HARRIS COUNTY, TEXAS |
| V. | § | |
| PETER GROSSMAN AND GROSSMAN BURN CENTERS, LLC, | § | 281st JUDICIAL DISTRICT |
| *Defendants.* | § | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE**

Plaintiffs Anthony G. Buzbee and Anthony G. Buzbee, L.P. (hereinafter "Plaintiffs"), has filed suit against Defendant Peter Grossman (hereinafter "Defendant") for damages Plaintiffs sustained when Defendant breached their contract

Specifically, Defendant asked Plaintiffs to represent his wife, Rebecca Grossman, in her criminal case and promised that he and Defendant Grossman Burn Centers, LLC would pay the legal fees. Plaintiffs performed extensive legal work over roughly 18 months, primarily from Texas, while Defendant Peter Grossman directed the defense strategy and arranged payments from the Burn Center. Before trial, Defendant executed a promissory note for the remaining $1.75 million, secured by his home which was due December 31, 2025. Defendants have failed to pay the balance after the note matured. Plaintiffs now seek to enforce the promissory note and recover the unpaid amount, interest, and related expenses.

Plaintiff has attempted to serve Defendant, but Defendant could not be located. Six attempts by personal service were made at the workplace of Defendant were unsuccessful:

> 1441 N. BECKLEY AVE ,
> DALLAS, TX 75203, U.S.A.

Further, Plaintiff attempted personal service at the last known personal residence of

Unofficial Copy Office of Marilyn Burgess District Clerk

Defendant were unsuccessful:

25163 JIM BRIDGER RD, HIDDEN

HILLS, CA 91302 U.S.A.

Moreover, Plaintiff made attempts at Defendant's other known place of work, which were unsuccessful:

325 MEDICAL CENTER DR #200,

WEST HILLS, CA 91307 U.S.A.

Plaintiff respectfully requests that this Court order substituted service on Defendant. As authorized by Rule 106 of the Texas Rules of Civil Procedure, service on Defendant by the following method will be reasonably effective to give the Defendant notice of the lawsuit. Plaintiffs ask that alternate service be made on Defendant by certified mailing to Defendant's place of business: 1441 N. Beckley Ave, Dallas, TX 75203. Four declarations in support of substituted service, executed by the process servers attached to this motion as Exhibit A, Exhibit B, Exhibit C, and Exhibit D. This manner of service will be reasonably effective in giving Defendant notice of this suit because the above-mentioned location is Defendant's known place of business.

For these reasons, Plaintiff asks this Court to grant Plaintiff's Motion and authorize substituted service on Defendant. Plaintiff asks for any other relief to which they may be entitled.

Unofficial Copy Office of Marilyn Burgess District Clerk

Respectfully submitted,

**THE BUZBEE LAW FIRM**
By: /s/ *Anthony G. Buzbee*______
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
Ryan S. Pigg
State Bar No. 24088227

rpigg@txattorneys.com
Thomas Colby Holler
State Bar No. 24126898
choller@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com
***ATTORNEYS FOR PLAINTIFFS ANTHONY G. BUZBEE & ANTHONY G. BUZBEE, L.P.***

Unofficial Copy Office of Marilyn Burgess District Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Texas Rules of Civil Procedure on March 16, 2026.

/s/ *Anthony G. Buzbee*______
Anthony G. Buzbee

Unofficial Copy Office of Marilyn Burgess District Clerk

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anthony Buzbee on behalf of Anthony Buzbee
Bar No. 24001820
efiling@txattorneys.com
Envelope ID: 112984747
Filing Code Description: Motion (No Fee)
Filing Description: Motion for Subsituted Service
Status as of 3/30/2026 8:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan Pigg | | rpigg@txattorneys.com | 3/27/2026 6:04:32 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 3/27/2026 6:04:32 PM | SENT |
| Colby Holler | | CHoller@txattorneys.com | 3/27/2026 6:04:32 PM | SENT |
| The Buzbee Law Firm - | | efiling@txattorneys.com | 3/27/2026 6:04:32 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT A

Unofficial Copy Office of Marilyn Burgess District Clerk

**EXHIBIT J**

**CAUSE NUMBER: 2026-03177**

**ANTHONY G. BUZBEE, ET AL**
**PLAINTIFF**

**VS.**

**IN THE 281ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**PETER GROSSMAN, ET AL**
**DEFENDANT**

Unofficial Copy Office of Marilyn Burgess District Clerk

**AFFIDAVIT OF DUE DILIGENCE**

**BEFORE ME**, the undersigned authority, Elias Elhayek **(SERVER)**, personally appeared and stated under oath as follows:

My name is Elias Elhayek **(SERVER)**. I am over the age of eighteen (18), I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. I am authorized to deliver Texas documents Under Rule 108, T.R.C.P. The facts stated herein are true and correct. My business address is:

13089 Payton Dr. C342 Chino Hills,CA 91709
**(SERVER'S ADDRESS)**

ON **Friday February 06, 2026 AT 04:27 PM** - **CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION** came to hand for service upon **PETER GROSSMAN** at **7325 MEDICAL CENTER DR #200, WEST HILLS, CA 91307 U.S.A.**

On **Monday February 09, 2026** at **02:34 PM** - I attempted service at **7325 MEDICAL CENTER DR #200, WEST HILLS, CA 91307, U.S.A.** I spoke to Erica at the front desk. She said Dr. Grossman left a while ago to the hospital. I asked her if he is going to be there tomorrow. She said no, and that he is going to Dallas and does not know when he will be back.

On **Monday February 23, 2026** at **03:22 PM** - A call was received by Erica, who said Dr. Grossman is going back-and-forth between Dallas and California. I asked her when he will be back and she will not give me an answer.

**FURTHER AFFIANT SAYETH NOT.**

[signature]
**SERVER'S SIGNATURE**
**AUTHORIZED UNDER RULE 108, T.R.C.P.**

Elias Elhayek
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by Elias Elhayek **(SERVER)** appeared

on **this** 25th **day of** February, **2026** to attest witness my hand and seal of office.

D. MAXIMOS
COMM. #2485185
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

[signature]
**NOTARY PUBLIC IN AND FOR THE STATE OF** California
**2026.02.1131684**

# EXHIBIT B

Unofficial Copy Office of Marilyn Burgess District Clerk

**EXHIBIT K**

**CAUSE NUMBER: 2026-03177**

**ANTHONY G. BUZBEE, ET AL**
**PLAINTIFF**

**VS.**

**IN THE 281ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**PETER GROSSMAN, ET AL**
**DEFENDANT**

Unofficial Copy Office of Marilyn Burgess District Clerk

**AFFIDAVIT OF DUE DILIGENCE**

**BEFORE ME**, the undersigned authority, ELIAS ELHAYEK **(SERVER)**, personally appeared and stated under oath as follows:

My name is ELIAS ELHAYEK **(SERVER)**. I am over the age of eighteen (18), I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. I am authorized to deliver Texas documents Under Rule 108, T.R.C.P. The facts stated herein are true and correct. My business address is:

13089 PEYTON DR C342, CHINO HILLS CA 91709
**(SERVER'S ADDRESS)**

ON **Friday January 30, 2026 AT 04:09 PM - CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION** came to hand for service upon **PETER GROSSMAN** at **25163 JIM BRIDGER RD , HIDDEN HILLS, CA 91302 U.S.A.**

On **Monday February 02, 2026** at **07:50 PM** - I attempted service at **25163 JIM BRIDGER RD , HIDDEN HILLS, CA 91302, U.S.A.** No one answered the door. Dogs are barking inside. Little lights on inside the house. I spoke to the security person. He says they've been served a lot the last five years so they're probably used to it.

**FURTHER AFFIANT SAYETH NOT.**

**SERVER'S SIGNATURE**
**AUTHORIZED UNDER RULE 108, T.R.C.P.**

ELIAS ELHAYEK
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by ELIAS ELHAYEK **(SERVER)** appeared

on **this** 24th **day of** February, **2026** to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND FOR THE STATE OF** California
**2026.01.1128738**

D. MAXIMOS
COMM. #2485185
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

# EXHIBIT C

Unofficial Copy Office of Marilyn Burgess District Clerk

**EXHIBIT L**

**CAUSE NUMBER: 2026-03177**

**ANTHONY G. BUZBEE, ET AL**
**PLAINTIFF**

**VS.**

**PETER GROSSMAN, ET AL**
**DEFENDANT**

**IN THE 281ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**AFFIDAVIT OF DUE DILIGENCE**

**BEFORE ME**, the undersigned authority, ELIAS ELHAYEK **(SERVER)**, personally appeared and stated under oath as follows:

My name is ELIAS ELHAYEK **(SERVER)**. I am over the age of eighteen (18), I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. I am authorized to deliver Texas documents Under Rule 108, T.R.C.P. The facts stated herein are true and correct. My business address is:

13089 PEYTON DR C342, CHINO HILLS CA 91709
**(SERVER'S ADDRESS)**

ON **Thursday January 29, 2026 AT 08:23 AM - CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION** came to hand for service upon **PETER GROSSMAN** at **25153 JIM BRIDGER ROAD, HIDDEN HILLS, CA 91302 U.S.A.**

On **Thursday January 29, 2026** at **12:17 PM** - I attempted service at **25153 JIM BRIDGER ROAD, HIDDEN HILLS, CA 91302, U.S.A.** This address does not exist. There is no home or structure on this street numbered 25153.

**FURTHER AFFIANT SAYETH NOT.**

[signature]
**SERVER'S SIGNATURE**
**AUTHORIZED UNDER RULE 108, T.R.C.P.**

ELIAS ELHAYEK
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by ELIAS ELHAYEK **(SERVER)** appeared

on this 29th **day of** January, **2026** to attest witness my hand and seal of office.

D. MAXIMOS
COMM. #2485185
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

[signature]
**NOTARY PUBLIC IN AND FOR THE STATE OF** California
**2026.01.1127676**

Unofficial Copy Office of Marilyn Burgess District Clerk

# EXHIBIT D

Unofficial Copy Office of Marilyn Burgess District Clerk

EXHIBIT M

**CAUSE NUMBER: 2026-03177**

**ANTHONY G. BUZBEE, ET AL**
**PLAINTIFF**

**VS.**

**IN THE 281ST JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**PETER GROSSMAN, ET AL**
**DEFENDANT**

**DECLARATION IN SUPPORT OF MOTION FOR ALTERNATE SERVICE**

My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 207 S. BUFFALO ST. #77 ,CANTON, TX 75103, U.S.A.

ON **Wednesday February 25, 2026 AT 10:10 AM** - , **CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION** came to hand for service upon **PETER GROSSMAN**.

On **Wednesday February 25, 2026** at **12:00 PM** - I attempted service at **1441 N. BECKLEY AVE** , **DALLAS**, **TX 75203**, **U.S.A.** I spoke with receptionist Citalli, who verified Grossman works there in Suite 730, Pavillion II, but he is not in. She thinks he will be in tomorrow. I gave her my contact information and she'd her to have him call me for an appointment

On **Friday February 27, 2026** at **11:10 AM** - I attempted service at **1441 N. BECKLEY AVE** , **DALLAS**, **TX 75203**, **U.S.A.** I spoke with Grossman's assistant, Kiana, who said Grossman is only there Monday and Thursday every other week. He will be in the office next week. She asked that I email her at kiana@grossmanmed.com and schedule and appointment. I sent her the following email: "Kiana This is Guy Connelly. I spoke with you today about an appointment with Dr. Grossman in order to deliver some legal documents to him. Please schedule me for some time Thursday. 2/5/26, to bring them to him. Preferably before noon. Thank you."

On **Wednesday March 04, 2026** at **04:10 PM** - The email below was sent to Dr. Grossman's assistant: Kiana Per your instructions, I will be delivering these legal documents to Dr. Grossman tomorrow. Please let me know a good time to come to your office.

On **Thursday March 05, 2026** at **12:10 PM** - I attempted service at **1441 N. BECKLEY AVE** , **DALLAS**, **TX 75203**, **U.S.A.** I spoke with the receptionist, Tharon, who said Grossman had just left for the day. I asked her to have him call me.

On **Friday March 06, 2026** at **03:45 PM** - I attempted service at **1441 N. BECKLEY AVE** , **DALLAS**, **TX 75203**, **U.S.A.** again I spoke with Theron, who said Grossman had left for the day. He did not know Grossman's schedule.

Unofficial Copy Office of Marilyn Burgess District Clerk

It is my belief that **PETER GROSSMAN**, would receive effective notice of this suit by leaving a copy of the ,**CITATION-NON RESIDENT; PLAINTIFF'S ORIGINAL PETITION** with anyone over the age of sixteen or securely attaching them to the front door/front gate, or mailed by certified mail, return receipt requested and/or by regular mail, pursuant to Rule 106 TRCP at place of business, **1441 N. BECKLEY AVE , DALLAS, TX 75203 U.S.A.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS DECLARATION

"My name is **GUY CONNELLY,** I am over the age of Eighteen, my business address is 207 S. BUFFALO ST. #77 , CANTON, TX 75103, U.S.A.**,**" I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case.and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Collin County, State of Texas on Friday March 06, 2026**

**PSC#2201 EXP. 09/30/26**
Declarant; Appointed in accordance with State Statutes.

**2026.02.1138533**

Unofficial Copy Office of Marilyn Burgess District Clerk

EXHIBIT N

3/27/2026 6:04 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 112984747
By: Patricia Gonzalez
Filed: 3/27/2026 6:04 PM

CAUSE NO: 2026-03177

| | | |
|---|---|---|
| ANTHONY G. BUZBEE AND ANTHONY G. BUZBEE, L.P., *Plaintiffs*, | § | IN THE DISTRICT COURT OF |
| V. | § | HARRIS COUNTY, TEXAS |
| PETER GROSSMAN AND GROSSMAN BURN CENTERS, LLC, | § | 281st JUDICIAL DISTRICT |
| *Defendants.* | § | **JURY TRIAL DEMANDED** |

**ORDER ON PLAINTIFFS' MOTION FOR SUBSTITUTE SERVICE**

After reviewing Plaintiffs' Motion for Substitute Service, this Court is of the opinion that the Motion should be **GRANTED**.

It is **ORDERED** that the Motion be granted against Defendant Peter Grossman, and that Plaintiff be allowed to serve Defendant Grossman by certified mail to the following address: 1441 N. Beckley Ave, Dallas, TX 75203, or by affixing a copy of the citation, with a copy of the Petition attached, to the door of 1441 N. Beckley Ave, Dallas, TX 75203.

SIGNED this __________ day of ____________________, 2026.

______________________________
PRESIDING JUDGE

Certified Document Number: 125861755 - Page 1 of 1

**EXHIBIT N**

DISTRICT COURT OF HARRIS COUNTY TEXAS

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this May 7, 2026

Certified Document Number: 125861755 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**EXHIBIT O**

[redacted]

**From:** Colby Holler <Choller@txattorneys.com>
**Sent:** Thursday, April 30, 2026 9:44 AM
**To:** Brian Lauten <blauten@brianlauten.com>
**Subject:** RE: Agreement to accept service on behalf of both defendants

Okay, then we will consider them both served and wait for your answer.
Attached is a file-stamped copy of the petition should you not have it. Thanks.

**From:** Brian Lauten <blauten@brianlauten.com>
**Sent:** Thursday, April 30, 2026 9:42 AM
**To:** Colby Holler <Choller@txattorneys.com>
**Subject:** RE: Agreement to accept service on behalf of both defendants

May 18 for a responsive pleading deadline for both defendants is agreeable
Thank you

Brian P. Lauten, Esq.
Brian Lauten, P.C.
3811 Turtle Creek Blvd.
Suite 825
Dallas, Texas 75219
214.414.0996 T | 214.744.3015 F
blauten@brianlauten.com
www.brianlauten.com

---

**From:** Colby Holler <Choller@txattorneys.com>
**Sent:** Wednesday, April 29, 2026 5:47 PM
**To:** Brian Lauten <blauten@brianlauten.com>
**Subject:** RE: Agreement to accept service on behalf of both defendants

Following up here.

---

**From:** Colby Holler
**Sent:** Wednesday, April 29, 2026 9:59 AM
**To:** 'Brian Lauten' <blauten@brianlauten.com>
**Subject:** RE: Agreement to accept service on behalf of both defendants

If so, can we agree on a due date for both parties answer of May 18?

---

**From:** Brian Lauten <blauten@brianlauten.com>
**Sent:** Wednesday, April 29, 2026 9:49 AM
**To:** Colby Holler <Choller@txattorneys.com>
**Subject:** Agreement to accept service on behalf of both defendants

Colby—this will confirm that I'm authorized to accept service and represent the Defendants (the Burn Center and Dr. Grossman)
I'm offering and agreeing to accept service effective today—on behalf of both defendants—please let me know if this is agreeable to you and your firm?
If you could please let me know your position one way or the other—I would appreciate it
Thanks

Brian P. Lauten, Esq.
Brian Lauten, P.C.
3811 Turtle Creek Blvd.
Suite 825
Dallas, Texas 75219
214.414.0996 T | 214.744.3015 F
blauten@brianlauten.com
www.brianlauten.com

BOARD CERTIFIED Texas Board of Legal Specialization CIVIL TRIAL LAW

American Board of Trial Advocates

**EXHIBIT O**

BEST D 2025

RATED BY
Super Lawyers
Top 100
Texas
SuperLawyers.com

EXHIBIT P
Harris County Docket Sheet

# 2026-03177

**COURT:** 281st

**FILED DATE:** 1/15/2026

**CASE TYPE:** OTHER CIVIL

**BUZBEE, ANTHONY G**

**Attorney: BUZBEE, ANTHONY GLENN**

**vs.**

**GROSSMAN, PETER**

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |
| 5/1/2026 | SBSRX - ORDER GRANTING SUBSTITUTED SERVICE SIGNED |

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANTHONY G. BUZBEE AND ANTHONY G. BUZBEE, L.P.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. ________________** |
| **v.** | § | |
| | § | |
| **PETER GROSSMAN AND GROSSMAN BURN CENTERS, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**LIST OF ALL COUNSEL OF RECORD**

**For Plaintiffs Anthony G. Buzbee and Anthony G. Buzbee, L.P.**:

The Buzbee Law Firm
Anthony G. Buzbee
tbuzbee@txattorneys.com
Ryan S. Pigg
rpigg@txattorneys.com
Thomas Colby Holler
choller@txattorneys.com
JP Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
(713)223-5393

**For Defendants Peter Grossman and Grossman Burn Centers, LLC**:

Brian Lauten, P.C.
Brian P. Lauten
State Bar No. 24031603
blauten@brianlauten.com
Courtney G. Bowline
cbowline@brianlauten.com
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
(214) 414-0996

**EXHIBIT R**

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Anthony G. Buzbee and Anthony G. Buzbee, L.P.

**(b)** County of Residence of First Listed Plaintiff: Harris County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Anthony G. Buzbee, L.P., 600 Travis, Suite 7500
Houston, Texas 77002. (713)223-5393

## DEFENDANTS

Peter Grossman and Grossman Burn Centers, LLC

County of Residence of First Listed Defendant: ______
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Brian Lauten, P.C. 3811 Turtle Creek Blvd., Suite 825,
Dallas, Texas 75219. (214)414-0996

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☒ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332

Brief description of cause:
Plaintiffs allege damages related to a promissory note with Dr. Grossman

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE: 05/18/2026

SIGNATURE OF ATTORNEY OF RECORD: /s/ Brian P. Lauten

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

JS 44 Reverse (Rev. 03/24)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANTHONY G. BUZBEE AND ANTHONY G. BUZBEE, L.P.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. ________________** |
| **v.** | § | |
| | § | |
| **PETER GROSSMAN AND GROSSMAN BURN CENTERS, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Defendants Peter Grossman and Grossman Burn Centers, LLC, by and through the undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, file their Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that they believe are financially interested in the outcome of this litigation as indicated by the current state of this pleading. Such parties are:

1. Anthony G. Buzbee, Plaintiff, Texas citizen
2. Anthony G. Buzbee, L.P., Plaintiff, Texas citizen
3. Peter Grossman, Defendant, member of Grossman Burn Centers, LLC, California citizen
4. Grossman Burn Centers, LLC, Defendant, California citizen
5. Rebecca Grossman, member of Grossman Burn Centers, LLC, California citizen

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, Defendants will promptly file an amended certificate with the Clerk identifying such interested parties.

Respectfully Submitted,

**BRIAN LAUTEN, P.C.**

*/s/ Brian P, Lauten*
**Brian P. Lauten**
State Bar No. 24031603
ID No. 1085541
blauten@brianlauten.com
**Courtney G. Bowline**
State Bar No. 24055206
ID No. 866996
cbowline@brianlauten.com
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
(214) 414-0996 telephone
(214) 744-3015 facsimile

**ATTORNEYS FOR DEFENDANTS**
**Peter Grossman and Grossman Burn Centers, LLC**

## CERTIFICATE OF SERVICE

On May 18, 2026, I filed this Certificate of Conference with the clerk of court for the U.S. District Court, Southern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record in a manner authorized by Rule 5 of the Federal Rules of Civil Procedure.

*/s/ Courtney G. Bowline*
Courtney G. Bowline